# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138793

GEORGE KAPUSTIJ,
       Plaintiff-Appellant,

v

CITY OF HAMTRAMCK,
       Defendant-Appellee.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138793
COA: 289720
WCAC: 08-000042

_____/

On order of the Court, the application for leave to appeal the April 23, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., not participating because of her relationship to the plaintiff's examining physician.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

0720

_____
Clerk